UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INFORMED CONSENT ACTION
NETWORK,

　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　Civil Action No. 25-3847 (APM)

CENTRAL INTELLIGENCE AGENCY,

　　　　　Defendant.

## NOTICE OF APPEARANCE

　　　　The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Brian J. Levy as counsel for Defendant in this action.

Dated: November 28, 2025　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ Brian J. Levy*
　　　　　　　　　　　　　　　　　　BRIAN J. LEVY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 252-6734

　　　　　　　　　　　　　　　　　　*Attorney for the United States of America*